NICHOLAS A. TRUTANICH
United States Attorney
District of Nevada

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8942
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| TYRONE D. PRICE, | Case No.: 2:20-cv-00488-DJA |
| Plaintiff, | |
| vs. | **ORDER GRANTING STAY OF PROCEEDINGS** |
| ANDREW SAUL, Commissioner of Social Security, | |
| Defendant. | |

Based upon Defendant's *Ex Parte* Motion for Stay of Proceedings, and for cause shown, **IT IS ORDERED** that the above-captioned action be stayed until such time as the Social Security Administration (SSA) regains the capacity to produce the certified administrative record (CAR) necessary to answer and adjudicate this case.

Once SSA resumes producing CARs, and has a CAR available in this case, **IT IS ORDERED** that Defendant shall file the CAR. This action by the Defendant will have the effect of automatically lifting the stay. Thereafter, the court shall issue a scheduling order consistent with the court's current practices. No motion or other notification will be required to lift the stay.

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: April 21, 2020